**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**UNITED STATES OF AMERICA**                                          **PLAINTIFF**

v.                    **Case Nos. 4:17-cr-00188-KGB**
                              **4:19-cv-00419-KGB**

**EARNEST GAIL TUCKER, JR.**                                     **DEFENDANT**

## ORDER

Before the Court is a *pro se* notice of appeal from this Court's Order and Judgment denying defendant Earnest Gail Tucker, Jr.'s, 28 U.S.C. § 2255 motion to vacate, set aside, or correct his sentence (Dkt. No. 38). Mr. Tucker's notice of appeal also will be considered as a request for a certificate of appealability (Dkt. No. 38).

Before a defendant may appeal the denial of a § 2255 motion, a certificate of appealability must issue. The right to appeal the denial of a § 2255 motion is governed by the certificate of appealability requirements of 28 U.S.C. § 2253(c), which provides that a certificate of appealability may issue only if the applicant has made a substantial showing of the denial of a constitutional right. *See* 28 U.S.C. § 2253(c)(2). A substantial showing of the denial of a constitutional right requires a demonstration that reasonable jurists could debate whether the petition should have been resolved in a different manner or that the issues presented were adequate to deserve encouragement to proceed further. *See Slack v. McDaniel,* 529 U.S. 473, 483–84 (2000).

Having thoroughly reviewed the record in this case, the Court finds that Mr. Tucker failed to make the requisite substantial showing with respect to the claims he raised in his § 2255 motion. *See* 28 U.S.C. § 2253(c)(2); Fed. R. App. P. 22(b). Accordingly, the Court denies his motion for a certificate of appealability (Dkt. No. 38). If he desires further review of his § 2255 motion, Mr. Tucker may request issuance of the certificate of appealability by the Eighth Circuit Court of

Appeals in accordance with *Tiedeman v. Benson,* 122 F.3d 518, 520–22 (8th Cir. 1997).

It is so ordered this 26th day of June, 2020.

*[signature: Kristine G. Baker]*

Kristine G. Baker
United States District Judge